IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION



FILED
FEB - 6 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

RAKESH WAHI, M.D.,

    Plaintiff,

V.

CHARLESTON AREA MEDICAL CENTER,
a West Virginia Corporation, and
JANE DOES I - X,

    Defendants.

Civil Action No. 2:04-0019
(Judge Goodwin)

~~SEALED~~
Unsealed 07-28-04

### DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

COMES NOW the defendant, Charleston Area Medical Center, Inc. ("CAMC"), by counsel, pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure, and hereby moves the Court to dismiss the present action pursuant to the primary jurisdiction doctrine because the plaintiff, Rakesh Wahi, M.D., has not completed the peer review process upon which this action is based.[1] Even if the Court declines to apply the doctrine of primary jurisdiction to the entire action, Counts I and II of the Complaint, alleging violation of due process under the Fifth and Fourteenth Amendments and violation of the right to petition for redress of grievances under the First Amendment, fail to state a claim upon which relief can be granted because CAMC is not a state actor and was not engaged in state action in reporting to the National Practitioner Data Bank regarding the plaintiff. In further support of the present Motion, CAMC submits the accompanying Memorandum of Law.

---

[1] To the extent the Court considers matters outside the pleadings, CAMC recognizes that the Court may treat the present motion as one for summary judgment under Rule 56, rather than one to dismiss under Rule 12.

WHEREFORE, the defendant, Charleston Area Medical Center, Inc., respectfully requests that the Court grant its Motion and dismiss the present action, with prejudice, along with such other and further relief as the Court may deem proper.

CHARLESTON AREA MEDICAL CENTER, INC.,
By Counsel,

*(signature)*

Richard D. Jones (WV Bar No. 1927)
David S. Givens (WV Bar No. 6319)
Erica M. Baumgras (WV Bar No. 6862)
FLAHERTY, SENSABAUGH & BONASSO, PLLC
200 Capitol Street
P.O. Box 3483
Charleston, WV 25338-3843